Law Offices
**ELEANOR J. LIPSITZ**
100 Church Lane
Baltimore, MD 21208

Telephone: 443-846-1431   Fax: 410-653-1546

September 9, 2011

Bryan H. Potts, Esquire
201 North Charles Street
Suite 601
Baltimore, MD 21201

### TO PROFESSIONAL SERVICES RENDERED:

Re: Neal Potts

Services to date, including:

| | |
|---|---|
| Review of various trust documents, and consultations with Neal | 2.5 hours |
| Review of Last Will and Testament of Bernard Potts and probate documents and consultations with Neal, correspondence, telephone calls, and e-mail | 3.25 hours |
| Review of documents re sale of Neal's interest in Salisbury property to Bryan and Phillip, calls to life company, consultations with Neal | 2.75 hours |
| Consultation with Neal regarding various aspects of BMW acquisition, review of documents, correspondence and telephone calls with Bryan | 2.0 hours |
| Meetings with Neal, Bryan and Phillip re various trust issues, including cash flow to Neal, possible purchase of home in Arizona for Neal | 6.0 hours |
| Review of documents for purchase of Arizona property and consultations with Neal | 3.25 hours |
| Consultations with Neal regarding trust properties at Cross Keys, including sale/rental issues | 1.75 hours |

Mr. Potts

| | |
|---|---|
| Consultations, telephone calls and e-mail with Neal about various miscellaneous matters | @ .25 hours |
| **TOTAL HOURS** | 23.75 |
| **Hourly rate** | $250.00 |
| *TOTAL FEE DUE* | *$5,937.50* |