LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.
27th Floor
One South Street
Baltimore, MD 21202-3201

(410) 332-8550

Bryan H. Potts, Esquire
201 North Charles Street
Suite 500
Baltimore, MD 21201

December 01, 2013
Page #: 1
Client: 002221
Matter: 000016
Invoice #: 138896

RE: Neal Potts Trust U/A 11/29/90

For Professional Services Rendered through November 30, 2013

## Services

| Date | Pers | Description |
|---|---|---|
| 7/17/2012 | MCM | Conference with Bryan; follow-up emails to Vicki and Phyllis; review files. |
| 8/1/2012 | MCM | E-mail follow-up re documents. |
| 8/13/2012 | MCM | Enter transactions into fiduciary accounting system from Bryan H.Potts records. |
| 8/15/2012 | MCM | Review and respond to emails from Moshe Shurin; review returns and income information; revise accounting. |
| 8/28/2012 | MCM | Conference re trusts' records; email Vicky re same. |
| 8/31/2012 | MCM | Prepare for meeting; conference re trusts and accepting trustee appointment. |
| 9/28/2012 | MCM | Organize file; work on accounting; review and rrspond to emails from accountant. |
| 10/8/2012 | MCM | Work on Accounting. |
| 10/9/2012 | MCM | Work on accounting. |
| 10/10/2012 | MCM | Work on Accounting. |
| 10/11/2012 | MCM | Work on accounting. |
| 10/15/2012 | MCM | Conference with Bryan; revise accounting; review Gamber schedule; reconcile same; prepare email re same. |
| 10/18/2012 | MCM | Complete accountings; calculate commissions; prepare email re same. |
| 10/23/2012 | MCM | Review and respond to emails re status. |
| 11/1/2012 | MCM | Prepare for meeting; revise Accountings; telephone conference with Bryan. |

**Services**

| Date | Pers | Description |
|---|---|---|
| 11/2/2012 | MCM | Prepare for and attend meeting; follow-up. |
| 11/13/2012 | MCM | Revise accountings; prepare e-mail to Moshe Shevin re tax returns; prepare e-mail to Ellie. |
| 12/6/2012 | MCM | Conference re accounting and follow-up to Ellie's demand letter; conference with Bryan and Phillip re same. |
| 12/10/2012 | MCM | Review and respond to email from Moshe Shurin; Review and respond to email from Moshe Shurin. |
| 12/11/2012 | MCM | Review and respond to emails from accountant. |
| 12/13/2012 | MCM | Respond to settlement proposal. |
| 12/20/2012 | MCM | Review and respond to emails from accountant re tax issues. |
| 12/26/2012 | MCM | Telephone conference with Ellie Lipsitz re settlement; prepare email. |
| 2/26/2013 | MCM | Conference with Bryan re signing of tax returns; prepare email to Ellie re follow-up. |
| 2/27/2013 | MCM | Conference re taxes; file tax returns; email K-1s. |
| 4/8/2013 | MCM | Telephone conference with Moshe Shurin re income tax returns; prepare email to Bryan re same. |
| 4/19/2013 | MCM | Review and respond to emails. |
| 5/2/2013 | MCM | Follow-up emails re Neal and attorney. |
| 5/14/2013 | MCM | Prepare email re status. |
| 5/15/2013 | MCM | Follow-up email to Neal's counsel. |
| 5/23/2013 | MCM | Review and respond to letter from Amy Kline. |
| 5/29/2013 | MCM | Telephone call from Vicky Wyatt; telephone call to Vicky Wyatt. |
| 6/3/2013 | MCM | Review and respond to email from Moshe Shurin re tax issues. |
| 6/5/2013 | MCM | Conferences re letter from Amy Kline; review files. |
| 6/5/2013 | NMG | Conference with M. Muffoletto re demand letter from Amy Klein re Neil Potts trusts and documents. Review demand letter, file and work product from litigation with A. Potts in 2009. Review Federal Rules re pre-filing discovery and Rule 26 hearing. Conference with M. Muffolotto re strategy and outline of issues. Conference call with P. Potts and M. Muffoletto re issues and strategy. Draft email to B. Potts re same. Telephone call to A. Klein - left message. |
| 6/6/2013 | MCM | Conferences re document request; review file. |
| 6/6/2013 | NMG | Conference call with Amy Kline re discussion of demand letter, issues in case and potential resolution. Conference with M. Muffoletto re same. |
| 6/7/2013 | MCM | Review and respond to emails re records; conference with Nichole Galvin re Neal; prepare email to Bryan and Phillip. |

Client: 002221
Matter: 000016
Invoice #: 138896

Page 3

## Services

| Date | Pers | Description |
|---|---|---|
| 7/1/2013 | NMG | Conference with M. Muffoletto re N. Potts' request for distribution. |
| 7/2/2013 | MCM | Review and respond to email; conference with Nichole Galvin re: distribution request. |
| 7/3/2013 | NMG | Telephone call to A. Klein re N. Potts' request to trustee for distribution--left message. Draft email to A. Klein re same. |
| 7/10/2013 | MCM | Conference re e-mails and lawsuit; review e-mails; prepare e-mails re same. |
| 7/10/2013 | NMG | Emails to/from A. Klein re N. Potts' request for distribution, dispute, and lawsuit filed. Draft email to M. Muffoletto re same. |
| 7/22/2013 | NMG | Search Pacer for new lawsuit. Review email from client re federal express copy of lawsuit and request for consent to accept service. Draft email to client with copy of lawsuit. Conference with M. Muffoletto re same. Review lawsuit. |
| 7/23/2013 | MCM | Conferences and emails re lawsuit. |
| 7/23/2013 | NMG | Telephone call from J. Shuster re lawsuit and strategy. Review emails from client re meeting. |
| 7/25/2013 | MCM | Conference re lawsuit. |
| 7/25/2013 | NMG | Prepare for meeting with clients. Review file re research, causes of action, settlement and issues relevant to complaint. Meeting with clients. Conference with M. Muffoletto re same. Research re cause of action in complaint, duty of trustee, ethical obligations of attorney/trustee and defenses. |
| 7/26/2013 | NMG | Research re response to complaint, causes of action against trustee and other grounds to dismiss complaint; Telephone call from J. Shuster re settlement with A. Klein. Conference call with M. Muffoletto re same. |
| 7/29/2013 | NMG | Review letter from J. Shuster to A. Klein . Email to Shuster re tolling agreement. Telephone call from Shuster re tolling agreement and strategy re same. Review research re equitable claims against trustee and related cases. Research re ethical issues. Emails to/from client re meeting with A. Graham. Meeting with client and A. Graham re trustee issues and lawsuit. |
| 8/23/2013 | NMG | Conference with M. Muffoletto re N. Smith and status of Potts; Telephone call to N. Smith re Potts. |
| 8/28/2013 | MCM | Review and respond to emails re funds; telephone call to Norman Smith; prepare email to Keith Dorsey re accounting. |
| 8/30/2013 | MCM | Conferences re representation. |
| 9/6/2013 | TMW | Review complaint; conference with m. Muffoletto; review letter to insurance company. |
| 9/6/2013 | MCM | Prepare for meeting with accountant; attend meeting with accountant. |

## Services

| Date | Pers | Description |
| --- | --- | --- |
| 9/9/2013 | TMW | Review e-mail from B. Potts re: insurance; review Smith letter; telephone call with M. Muffoletto re: insurance; telephone calls with insurance adjuster; conference with M. Muffoletto. |
| 9/9/2013 | MCM | Conferences re CNA representation; telephone conference with Alicia's attorney. |
| 9/10/2013 | TMW | Review case law re: independent counsel; conference with M. Muffoletto. |
| 9/10/2013 | MCM | Conference re CNA; research and email Bryan. |
| 9/11/2013 | TMW | Conference with B. Boyle re: defense issue; conference with M. Muffoletto; review letter; draft letter re: coverage. |
| 9/11/2013 | BMB | Conferences with Sam Wood re: coverage issues; review case law and treatises re: same. |
| 9/11/2013 | MCM | Conference with Bryan re letter; revise and email same. |
| 9/13/2013 | MCM | Telephone conference with accountant. |
| 9/17/2013 | NMG | Conference with M. Muffoletto re status of Potts and CNA. Review letter re same. |
| 9/18/2013 | MCM | Conference with Bryan re CNA and Motion for Default; Prepare emails re statements. |
| 9/19/2013 | TMW | Draft and revise letter re: default; review and revise letter to insurance company. |
| 9/19/2013 | MCM | Conference with Bryan and Sam Wood; prepare letter to CNA; telephone conference with Norman Smith; conference re Motion. |
| 9/20/2013 | MCM | Conference with Bryan re Complaint. |
| 9/23/2013 | MCM | Review and forward emails. |
| 9/24/2013 | MCM | Review and respond to email from Vicky; Review email; conference with Sam Wood re same. |
| 9/25/2013 | MCM | Conference re request for funds. |
| 9/25/2013 | NMG | Review email from M. Muffoletto re Neil's request for additional disbursements. Conference with M. Muffoletto re same. |
| 9/26/2013 | MCM | Review and respond to emails. |
| 9/30/2013 | MCM | Conference re Complaint service; Prepare email re statements. |
| 10/1/2013 | MCM | Review and respond to CNA email. |
| 10/2/2013 | MCM | Review email; conference re same. |
| 10/3/2013 | MCM | Telephone conference re representation. |
| 10/3/2013 | NMG | Conference with M. Muffoletto re CNA issues. Conference call with M. Muffoletto and Normal Smith re representation of B. Potts. Conference call with B. Potts and M. Muffoletto re same. |
| 10/16/2013 | MCM | Work on trust accounting. |

## Services

| Date | Pers | Description |
| --- | --- | --- |
| 10/17/2013 | MCM | Conferences with Bryan re accounting; call to Vicky re taxes. |
| 10/21/2013 | MCM | Conference with retained counsel in lawsuit re Neal's Trusts; prepare for meeting. |
| 10/21/2013 | NMG | Meeting with Norman Smith and David Schuster re Potts Litigation and trust issues. |
| 10/24/2013 | MCM | Telephone conference with David Shuster; prepare emails to David. |
| 10/29/2013 | MCM | Telephone conference with Dave Shuster and Norman Smith re meetings; telephone conference with Dave re follow-up. |
| 10/30/2013 | MCM | Conferences re accountings, statements, etc.; prepare check; Telephone conference with David Shuster re repayment of loan and stipend; review and respond to emails. |
| 10/31/2013 | MCM | Conference with Keith Dorsey re accounting; prepare emails to Vicky re accounts; Telephone conferences with Dave Shuster re follow-up. |
| 11/4/2013 | MCM | Review accountings; telephone call to Keith Dorsey; prepare email to David Shuster. |
| 11/6/2013 | MCM | Conference with Dave Shuster, Norman Smith and Lauren McComas re settlement and accounting; prepare for meeting. |
| 11/6/2013 | NMG | Prepare for strategy session with counsel. Review confidential settlement agreement. Draft letter to N. Smith and D. Shuster regarding confidential settlement agreement. Meeting with M. Muffoletto, D. Shuster and N. Smith re strategy for settlement, account and response to complaint. |
| 11/8/2013 | MCM | Review and respond to email. |
| 11/12/2013 | MCM | Review and respond to emails; conference with counsel to trustees re preparation for settlement meeting. |
| 11/13/2013 | MCM | Work on allocation; telephone conferences with Keith Dorsey re accounting; review and respond to emails. |
| 11/14/2013 | MCM | Conferences re settlement conference and preparation for same; prepare settlement spreadsheet. |
| 11/14/2013 | NMG | Review Shuster's draft memorandum. Review settlement worksheet. Review provisions of Frieda Potts Insurance Trust and Final Administration Account in Bernard Potts' Estate. Conference with M. Muffoletto re Cross Keys property. Review Goodlow Trust, trust provisions and land records regarding Cross Keys property. Conference with M. Muffoletto and D. Shuster regarding strategy re same. Review accounting and settlement spreadhseet. Review letter from A. Kline re settlement meeting. |
| 11/15/2013 | MCM | Conference with David Schuster and Norman South re Amy Kline letter; prepare e-mail re accountings. |
| 11/15/2013 | NMG | Review accounting. Review trust provisions in anticipation of settlement conference. Conference with M. Muffoletto re same. Review emails re disclaimer. |

## Services

| Date | Pers | Description |
|---|---|---|
| 11/18/2013 | MCM | Conferences re settlement issues; review and respond to e-mails. |
| 11/18/2013 | NMG | Prepare for settlement meeting re review powers under each trust agreement and identies of contingent remainder beneficiaries. Meeting with D. Shuster, N. Smith and M. Muffoletto re settlement meeting. Follow up meeting re strategy. |
| 11/19/2013 | NMG | Review draft settlement agreement and provide comments and revisions. Review file re confidentiality provision. Conference with M. Muffoletto re same. |
| 11/20/2013 | MCM | Review e-mails re settlement; respond to same. |
| 11/20/2013 | NMG | Review revised draft settlement agreement. Conference with M. Muffoletto re same. |

|  |  |
|---|---|
| Total Services | $45,565.00 |
| Less Courtesy Discount | ($8,169.67) |
| Net Services | $37,395.33 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 9/4/2012 | Courthouse Copy Services, Inc.- Photocopying- photocopies | $125.25 |
| 10/2/2012 | Courthouse Copy Services, Inc.- Photocopying- Standard Litigation | $32.90 |
| 2/27/2013 | Postage Expense | $4.48 |
| 9/30/2013 | Computerized Legal Research | $181.59 |
| 10/21/2013 | Photocopying | $32.30 |

|  |  |
|---|---|
| Total Disbursements | $376.52 |
| Current Charges | $37,771.85 |
| **Total Balance Now Due** | **$37,771.85** |